HILLIARD HOTEL COMPANY, Appellant, *v.* THE CITY OF
NEW YORK et al., Respondents.

*Hilliard Hotel Co.* v. *City of New York,* 159 App. Div. 888,
affirmed.

(Argued February 25, 1914; decided June 9, 1914.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered January 9, 1914, which affirmed an order
of Special Term denying a motion to continue *pendente
lite* a preliminary injunction restraining the defendants
from enforcing the provisions of the public hack ordi-
nance in the city of New York.

The following questions were certified: "I. May pub-
lic hack stands, as defined in the public hack ordinance,
adopted by the board of aldermen of the city of New
York, and approved by the mayor of said city June 2,
1913, be located and maintained alongside the curb in
front of and adjacent to the property of the plaintiff
mentioned in the complaint and known as the Vanderbilt
Hotel, in the city of New York, and used by the plaintiff
for hotel purposes, without the consent and against the
protest of the plaintiff? II. Is section 3 of article V of
the public hack ordinance, in so far as it attempts to
authorize the location and maintenance of public hack
stands alongside the curb adjacent to the property leased
to and occupied and used by plaintiff as a hotel, without
the consent and against the protest of the plaintiff, a valid
and lawful enactment?"

*Edgar T. Brackett, Henry Bennett Leary* and *W. U.
Goodbody* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley*
of counsel), for respondents.

Order affirmed, with costs, and questions certified
answered in the affirmative on opinion in *Waldorf-
Astoria Hotel Co.* v. *City of New York* (212 N. Y. 97).

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, HOGAN and MILLER, JJ.